**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       Trenton Garrett v. Texas 18th U.S. District Representative Sheila Jackson Lee

Appellate case number:    01-21-00498-CV

Trial court case number:  1173525

Trial court:              County Civil Court at Law No. 1 of Harris County

Date motion filed:        December 3, 2021

Party filing motion:      Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of: Justices Hightower, Countiss, and Guerra.

Date: ____January 6, 2022____